UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN ERHINYO,

    Plaintiff,

vs.                               Case No.   3:25-cv-1308-MMH-SJH

GOOGLE LLC,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. Proceeding pro se, Plaintiff, John Erhinyo, initiated this action on October 30, 2025, by filing a Complaint for Damages for the Unlawful Deletion of Plaintiff's Proprietary Trade Secret (Doc. 1; Complaint). See generally Complaint. In the Complaint, Erhinyo purports to "bring[] this action on his own behalf and on behalf of his interests in ALLBEAMS INC." See id. ¶ 13. While Erhinyo may represent himself pro se in this matter, he may not represent ALLBEAMS INC. See Local Rule 2.02(b)(2), United States District Court, Middle District of Florida (Local Rule(s)) ("A party, other than a natural person, can appear through the lawyer only."). Indeed, a corporation "is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." See Palazzo

v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985); SEC v. Merchant Capital, LLC, 486 F. App'x 93, 94 n.1 (11th Cir. 2012) ("It is well established ... that a business organization cannot appear pro se and must be represented by counsel, not merely by a stockholder or officer."). As such, Erhinyo is not permitted to act on ALLBEAMS INC.'s behalf. Accordingly, it is

**ORDERED**:

To the extent ALLBEAMS INC. brings claims in this action, ALLBEAMS INC. must be represented by counsel.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of November, 2025.

_____
MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Pro Se Party